PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH (367857)
VV@PLGDAMAGE.COM
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shannel Long,<br>individually and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Rocket Mortgage, LLC,<br><br>Defendant. | Case No.: 2:26-cv-05599-SB-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shannel Long, individually and on behalf of all others similarly situated, hereby dismisses the above-captioned action against Defendant Rocket Mortgage, LLC, without prejudice.

Dated: September 15, 2026

/s/ *Vin R. Venkatesh, Esq.*
Vinit R. Venkatesh, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic notice in this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Vin R. Venkatesh, Esq.*
Vinit R. Venkatesh, Esq.